UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fred R. Braverman, Esquire    #013841980
106 Society Hill Blvd
Cherry Hill, New Jersey  08003
(856) 424-2180
Attorney for Debtor(s) Carmen P. Fagnani, Jr. & Lori A. Fagnani

| | |
|---|---|
| In Re:<br><br>Carmen P. Fagnani, Jr. &<br>Lori A. Fagnani | Case No.:     17-36114-ABA<br><br>Judge:     Altenburg<br><br>Chapter:     13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by American Honda Finance Corp., creditor,

   A hearing has been scheduled for May 22, 2018, at 10:00 am.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ 312.64, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
Debtor still owes for the month of April, which Debtor is in a position to pay immediately. The next payment is not due until May 26, 2018.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 05/17/18                                              /s/Carmen P. Fagnani, Jr.
                                                                        Debtor's Signature

Date: 05/17/18                                              /s/Lori A. Fagnani
                                                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.