Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on February 14, 2019
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Carmen P. Fagnani, Jr.
    Lori A. Fagnani

                          Debtor(s)

Case No.:          17-36114 (ABA)

Hearing Date:      02/13/2019

Judge:             Andrew B. Altenburg, Jr.

**ORDER CONFIRMING CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: February 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3

Debtor: Carmen P. Fagnani, Jr. and Lori A. Fagnani

Case No.: 17-36114 (ABA)

Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held

on the Confirmation of such Plan, and it appearing that the applicable provision of the

Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 12/31/2017, or the last amended plan

of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in

accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $420.00

**for a period of 36 months** beginning immediately, which payment shall include commission

and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,500.00.  The unpaid

balance of the allowed fee in the amount of $2,475.00 plus costs of $0.00 shall be paid to said

attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Carmen P. Fagnani, Jr. and Lori A. Fagnani
Case No.: 17-36114 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30

days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's

Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be

dismissed.  The debtor shall have fourteen days within which to file with the Court and serve

upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13

Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s),

debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor's modification of claim of the following secured creditor, as may

have been agreed to between the parties, be and hereby is granted and any remaining portion of

the claim shall be treated as an unsecured claim in the plan:

   PNC Bank 2nd mortgage cramdown to $0.00

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to

challenge the claims.

**ORDERED** as follows:

   Total plan length of 36 months.