UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48174
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for American Honda Finance Corporation, administrator for Honda Lease Trust
JM-5630

In Re:
CARMEN P. FAGNANI, JR.
LORI A. FAGNANI

**Order Filed on February 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-36114 (ABA)

Adv. No.:

Hearing Date:

Judge: Hon. Andrew B. Altenburg Jr.

# ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Carmen and Lori Fagnani / 48174
Case No:  17-36114 (ABA)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **American Honda Finance Corporation, administrator for Honda Lease Trust** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Dominic Fagnani** to permit **American Honda Finance Corporation, administrator for Honda Lease Trust** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2016 Honda Accord
Vehicle Identification Number
1HGCT1B71GA005508